UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER DONNELLY

v.                                                                                              CA 13-639 ML

MATTHEW KETTLE

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 25, 2013.  No objection has been filed and the time for doing so has passed.  The Court adopts the Report and Recommendation.  The Petition is DISMISSED without prejudice.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 22, 2013